Entered on Docket
October 22, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank National Association, as Trustee for Credit Suisse First Boston, MBS ARMT 2005-8
09-76152

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-24727-lbr |
| Joanne Virginia Pachtinger and C/O Sharon Gainsburg | Date: 10/7/09<br>Time: 10:30AM |
| Debtors. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor U.S. Bank National Association, as Trustee for Credit Suisse First Boston, MBS ARMT 2005-8, its assignees and/or successors in interest, of the subject property, generally described as 2857 Aliso Dr., Henderson, NV 89074.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors and Trustee at least five business days' notice of the time, place and date of sale.

DATED this _____ day of _____ 2009

Submitted by:
**WILDE & ASSOCIATES**

By /S/ GREGORY L. WILDE
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
Laura L. Fritz
625 South Sixth Street
Las Vegas, NV 89101
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
Timothy S. Cory
8831 West Sahara Ave.
Las Vegas, NV 89117
Chapter 7 Trustee

1  ALTERNATIVE METHOD RE: LOCAL RULE 9021:
   In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
2  ___ The court waived the requirements of LR 9021.
3  ___ No parties appeared or filed written objections, and there is no trustee appointed in the case.
   _X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any
4      unrepresented parties who appeared at the hearing, and any trustee appointed in this case,
       and each has approved or disapproved the order, or failed to respond, as indicated below
5      (list each party and whether the party has approved, disapproved, or failed to respond to the
6      document):

7  (List Parties)
   Debtor's counsel:
8
   _____ approved the form of this order         _____ disapproved the form of this order
9
   _____ waived the right to review the order and/or   _X_ failed to respond to the document
10
   _____ appeared at the hearing, waived the right to review the order
11
   _____ matter unopposed, did not appear at the hearing, waived the right to review the order
12
   Trustee:
13
   _____ approved the form of this order         _____ disapproved the form of this order
14
   _____ waived the right to review the order and/or   _X_ failed to respond to the document
15
   Other Party:_____
16
   _____ approved the form of this order         _____ disapproved the form of this order
17
   _____ waived the right to review the order and/or   _____ failed to respond to the document
18
19 Breach Order:
20 _____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of
21      this proposed order were transmitted to Debtor's counsel and appointed trustee to which
22      they have not replied

23

24 Submitted by:
   /s/ Gregory L. Wilde, Esq.
25 Gregory L. Wilde, Esq.
26 Attorney for Secured Creditor