**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
HSBC Bank USA, as Trustee for MANA 2007- AF1
09-72607

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-16112-mkn |
| Douglas A. Carlson | Date: 9/2/09<br>Time: 1:30pm |
| | Chapter 13 |
| Debtor. | |

### AFFIDAVIT IN SUPPORT OF ORDER VACATING STAY

STATE OF NEVADA    )
                   ) ss.
COUNTY OF CLARK    )

GREGORY L. WILDE, ESQ., being first duly sworn upon her oath, deposes and says:

1. That your affiant is one of the attorneys representing the above named Secured Creditor.

2. That on or about August 7, 2009, a Motion for Relief from Automatic Stay was filed with the court.

3. That on or about August 7, 2009, a Motion for Relief was served to all parties on the Certificate of Mailing.

4. That on or about September 2, 2009, a hearing for the Motion for Relief from Automatic Stay was held.

5. As a results of said motion, Debtor was to make October payment by September 7, 2009, to our office, or Order Vacating the Automatic Stay is to be submitted to the court.

6. That on or about September 7, 2009, Debtor has failed to make said payment.

7. Affiant respectfully requests that this Court accept and enter Secured Creditor's Order Vacating Automatic Stay.

**GREGORY L. WILDE, ESQ.**

SUBSCRIBED and SWORN to before me this 12th day of November, 2009.

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
M. G. GIPSON
Appt. No. 05-97091-1
My Appt. Expires May 12, 2013

NOTARY PUBLIC in and for said State and County